UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRYAN HEPPER,

        Plaintiff,

        v.                                    Case No. 19-cv-1641-bhl

ANDREW THEOHARIS,

        Defendant.

## ORDER

During the summer of 2019, Plaintiff Bryan Hepper purchased a 1969 Corvette Convertible Roadster from Defendant Andrew Theoharis. (ECF No. 1.) On November 8, 2019, Hepper filed this diversity action against Theoharis alleging that the defendant violated multiple Wisconsin tort and contract laws during the sale. (*Id.*) On April 27, 2020 Theoharis filed a counterclaim against Hepper, (ECF No. 22), and on May 14, 2020, Hepper filed a motion to dismiss the counterclaims. (ECF No. 25.)

On February 12, 2021, the Court granted the parties request to suspend all deadlines and to refer the case to mediation. (ECF No. 34.) The parties were unable to resolve the case through mediation and the case was returned to the Court on March 25, 2021. (ECF No. 37.) On May 21, 2021, the parties filed a joint stipulation proposing discovery and dispositive motions deadlines. (ECF No. 38.) After reviewing the agreement submitted by the parties, the Court will approve the stipulation. Accordingly,

**IT IS HEREBY ORDERED** that defendant shall disclose any experts by **June 18, 2021**, all discovery must be complete no later than **September 3, 2021**, and dispositive motions shall be served and filed on or before **October 8, 2021**.

**IT IS FURTHER ORDERED** that plaintiff's motion to dismiss the counterclaims, (ECF No. 25), is **DENIED**. Plaintiff shall file an answer to defendant's counterclaims no later than **June 15, 2021**.

Dated at Milwaukee, Wisconsin on May 25, 2021.

                                                      s/ Brett H. Ludwig
                                                    BRETT H. LUDWIG
                                                    United States District Judge